## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: George Lawrence Hartman Jr., aka G. Lawrence Hartman Jr.** | **BK NO. 16-04262 MDF** |
| **Debtor** | **Chapter 7** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

Respectfully submitted,

**/s/John F. Goryl, Esquire**
John F. Goryl, Esquire
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant