## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**GEORGE LAWRENCE HARTMAN, JR.**<br>**AKA G. LAWRENCE HARTMAN, JR.**<br><br>           **Debtor** | **BK No. 1:16-bk-04262-MDF**<br><br>**Chapter 7**<br><br>**11 U.S.C. § 362** |

**BRANCH BANKING AND TRUST
COMPANY,**

               Movant

**v.**

**GEORGE LAWRENCE HARTMAN, JR.**
**AKA G. LAWRENCE HARTMAN, JR.**
               Respondent

**LAWRENCE V. YOUNG**
               Trustee

## APPLICATION OF DEBRA LEE HOVATTER
## TO APPEAR *PRO HAC VICE* PURSUANT TO
## LOCAL BANKRUPTCY RULE 2090-1

Debra Lee Hovatter ("Applicant") hereby submits this application ("Application") pursuant to Rule 2090-1 of the Local Bankruptcy Rules for the Middle District of Pennsylvania, respectfully requesting entry of an order authorizing the Applicant to appear *pro hac vice* before this Court to represent creditor Branch Banking and Trust Company ("Bank") in this bankruptcy case. In support of this Application, the Applicant states as follows:

1.      The Applicant is an attorney practicing with the Morgantown, West Virginia office of the law firm of Spilman Thomas & Battle, PLLC (the "Firm"). Contact information for the Applicant is:

- 1 -

Debra Lee Hovatter
Spilman Thomas & Battle, PLLC
48 Donley Street, Suite 800
Morgantown, West Virginia 26507-0615
304-291-7951 (Office Direct)
304-291-7979 (Facsimile)
dhovatter@spilmanlaw.com

2.      The Applicant is admitted to practice and in good standing as a member of the bars of the State of West Virginia (# 9838), the Commonwealth of Pennsylvania (# 94946), the State of Texas (# 1028700), and the State of Maryland.  The Applicant is also admitted to practice and in good standing in the United States District Courts for the Northern and Southern Districts of West Virginia, including the Bankruptcy Courts, the United States District Court for the District of Maryland and the Bankruptcy Court; and the United States District Court for the Western District of Pennsylvania and the Bankruptcy Court.  The Applicant has been practicing law since 1989.  There are no disciplinary proceedings pending against her.  The Applicant has not been disciplined or disbarred by any court or administrative body.

3.      The Applicant certifies that she has read the Local Bankruptcy Rules for the Middle District of Pennsylvania.

Respectfully submitted,

/s/     *Debra Lee Hovatter*
Debra Lee Hovatter, PA ID No. 94946
Spilman Thomas & Battle, PLLC
48 Donley Street, Suite 800
Morgantown, West Virginia 26507-0615
T: (304) 291-7951
F: (304) 291-7979
dhovatter@spilmanlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**GEORGE LAWRENCE HARTMAN, JR.**
**AKA G. LAWRENCE HARTMAN, JR.**

              **Debtor**

**BK No. 1:16-bk-04262-MDF**

**Chapter 7**

**11 U.S.C. § 362**

**BRANCH BANKING AND TRUST COMPANY,**

            Movant

     **v.**

**GEORGE LAWRENCE HARTMAN, JR.**
**AKA G. LAWRENCE HARTMAN, JR.**
           Respondent

**LAWRENCE V. YOUNG**
           Trustee

## CERTIFICATE OF SERVICE

I certify that on January 19, 2017, I electronically filed the foregoing *Application of Debra Lee Hovatter to Appear Pro Hac Vice Pursuant to Local Bankruptcy Rule 2090-1* with the United States Bankruptcy Court for the Middle District of Pennsylvania.

          */s/     Debra Lee Hovatter*
          Debra Lee Hovatter, PA ID No. 94946
          Spilman Thomas & Battle, PLLC
          48 Donley Street, Suite 800
          Morgantown, West Virginia  26507-0615
          T: (304) 291-7951
          F: (304) 291-7979
          dhovatter@spilmanlaw.com