IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**GEORGE LAWRENCE HARTMAN, JR.**<br>**AKA G. LAWRENCE HARTMAN, JR.**<br><br>                   **Debtor** | BK No. 1:16-bk-04262-MDF<br><br>Chapter 7<br><br>11 U.S.C. § 362 |
| **BRANCH BANKING AND TRUST COMPANY,**<br>                   Movant<br><br>    v.<br><br>**GEORGE LAWRENCE HARTMAN, JR.**<br>**AKA G. LAWRENCE HARTMAN, JR.**<br>                   Respondent<br><br>**LAWRENCE V. YOUNG**<br>                   Trustee | |

## ORDER

The Court has considered the Application of Debra Lee Hovatter, with the law firm of Spilman Thomas & Battle, PLLC, to appear *pro hac vice* in this bankruptcy case on behalf of creditor Branch Banking and Trust Company, made pursuant to Local Rule 2090-1, and finding cause to grant the Motion, it is hereby:

    **ORDERED** that the Application of Debra Lee Hovatter is **GRANTED**; and it is hereby

    **ORDERED** that Debra Lee Hovatter is permitted to appear *pro hac vice* in this bankruptcy case on behalf of creditor Branch Banking and Trust Company.

- 1 -