```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04262-MDF
George Lawrence Hartman, Jr.                                    Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AGarner          Page 1 of 1          Date Rcvd: Jan 24, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db             +George Lawrence Hartman, Jr.,    137 Pleasant Street,    Hanover, PA 17331-3222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              Debra Lee Hovatter    on behalf of Creditor   Branch Banking and Trust Company
               dhovatter@spilmanlaw.com, hovatter5104@comcast.net
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee for CSFB
               Mortgage-Backed Trust Series 2005-5 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeremy John Kobeski    on behalf of Creditor   JPMorgan Chase Bank, NA pamb@fedphe.com
              John F Goryl    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Scott J Strausbaugh    on behalf of Debtor George Lawrence Hartman, Jr. sstrausbaugh@bandspc.com
              Thomas Song    on behalf of Creditor   JPMorgan Chase Bank, NA thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re:<br><br>**GEORGE LAWRENCE HARTMAN, JR.**<br>**AKA G. LAWRENCE HARTMAN, JR.**<br><br>                   Debtor<br><br>**BRANCH BANKING AND TRUST COMPANY,**<br>                   Movant<br><br>    v.<br><br>**GEORGE LAWRENCE HARTMAN, JR.**<br>**AKA G. LAWRENCE HARTMAN, JR.**<br>                   Respondent<br><br>**LAWRENCE V. YOUNG**<br>                   Trustee | BK No. 1:16-bk-04262-MDF<br><br>Chapter 7<br><br>11 U.S.C. § 362 |
|---|---|

## ORDER

The Court has considered the Application of Debra Lee Hovatter, with the law firm of Spilman Thomas & Battle, PLLC, to appear *pro hac vice* in this bankruptcy case on behalf of creditor Branch Banking and Trust Company, made pursuant to Local Rule 2090-1, and finding cause to grant the Motion, it is hereby:

**ORDERED** that the Application of Debra Lee Hovatter is **GRANTED**; and it is hereby

**ORDERED** that Debra Lee Hovatter is permitted to appear *pro hac vice* in this bankruptcy case on behalf of creditor Branch Banking and Trust Company.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Dated: January 24, 2017