```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 16-04262-MDF
George Lawrence Hartman, Jr.                                        Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: admin              Page 1 of 2              Date Rcvd: Feb 03, 2017
                            Form ID: 318             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
```
db          +George Lawrence Hartman, Jr.,    137 Pleasant Street,    Hanover, PA 17331-3222
4844682     +Alan and Courtney Curtis,    101 Fairview Avenue,    Hanover, PA 17331-9735
4844683     +Alexander Plumbing,    4236 Fairfield Road,    Fairfield, PA 17320-9301
4844684     +Bernadette Metcalf,    25 O'Neil Avenue,    Hanover, PA 17331-4116
4844686     +Charles Skopic,    560 Black Horse Tavern Road,    Gettysburg, PA 17325-7222
4844689      Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
4844690     +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
4844691     +Corbin Celaya,    583 1/2 McCallister Street,    Hanover, PA 17331-3324
4844692     +Debbi Miller,    25 Cannon Lane,    Gettysburg, PA 17325-7960
4844694     +Edwin Witter,    2260 Upper Bermudian,    Gardners, PA 17324-9581
4844695      Keith Soliday, DDS,    288 Buford Avenue,    Gettysburg, PA 17325
4844697     +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
4844699     +Selia Perez,    29 Breckenridge Street,    Gettysburg, PA 17325-2502
4844700     +Sherry Perez,    29 1/2 Breckenridge Street,    Gettysburg, PA 17325-2502
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: bankruptcy@bbandt.com Feb 03 2017 19:18:10    Branch Banking and Trust Company,
              BB&T Bankruptcy Section,    P.O. Box 1847,    Wilson, NC 27894
4844685     +EDI: CAPITALONE.COM Feb 03 2017 19:18:00    Capital One,    Po Box 30285,
              Salt Lake City, UT 84130-0285
4844687     +EDI: CHASE.COM Feb 03 2017 19:18:00    Chase,    Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
4844688     +EDI: CHASE.COM Feb 03 2017 19:18:00    Chase Bank,    Attn: Bankruptcy,    Po Box 15298,
              Wilmington, DE 19850-5298
4844693     +EDI: DISCOVER.COM Feb 03 2017 19:18:00    Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
4844696     +Fax: 407-737-5634 Feb 03 2017 19:27:54    Ocwen Loan Sevicing Llc,    Attn: Research Dept,
              1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
4844698     +E-mail/Text: bankruptcyteam@quickenloans.com Feb 03 2017 19:18:24    Quickn Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4844701    ##+Susquehanna Bank,    P. O. Box 2000,    Lititz, PA 17543-7001
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
```
          Debra Lee Hovatter    on behalf of Creditor    Branch Banking and Trust Company
           dhovatter@spilmanlaw.com, hovatter5104@comcast.net
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for CSFB
           Mortgage-Backed Trust Series 2005-5 bkgroup@kmllawgroup.com
          Jeremy John Kobeski    on behalf of Creditor    JPMorgan Chase Bank, NA pamb@fedphe.com
          John F Goryl    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Scott J Strausbaugh    on behalf of Debtor George Lawrence Hartman, Jr. sstrausbaugh@bandspc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Thomas   Song    on behalf of Creditor    JPMorgan Chase Bank, NA thomas.song@phelanhallinan.com, tomysong@hotmail.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **George Lawrence Hartman Jr.** | Social Security number or ITIN   **xxx–xx–4989** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:16–bk–04262–MDF** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George Lawrence Hartman Jr.
aka G Lawrence Hartman Jr.

**By the court:**   *Mary D. France*

February 3, 2017

Honorable Mary D. France
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   Order of Discharge   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**