```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04262-MDF
George Lawrence Hartman, Jr.                                        Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AGarner          Page 1 of 1          Date Rcvd: Feb 09, 2017
                             Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db            +George Lawrence Hartman, Jr.,    137 Pleasant Street,   Hanover, PA 17331-3222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Debra Lee Hovatter    on behalf of Creditor    Branch Banking and Trust Company
               dhovatter@spilmanlaw.com, hovatter5104@comcast.net
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for CSFB
               Mortgage-Backed Trust Series 2005-5 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeremy John Kobeski    on behalf of Creditor    JPMorgan Chase Bank, NA pamb@fedphe.com
              John F Goryl    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Scott J Strausbaugh    on behalf of Debtor George Lawrence Hartman, Jr. sstrausbaugh@bandspc.com
              Thomas Song    on behalf of Creditor    JPMorgan Chase Bank, NA thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| George Lawrence Hartman Jr.<br>aka G Lawrence Hartman Jr.<br>137 Pleasant Street<br>Hanover, PA 17331 | Chapter 7<br>Case No. 1:16–bk–04262–MDF |

Last four digits of Social–Security, Individual Taxpayer–Identification, Employer Tax–Identification No(s)(if any):
xxx–xx–4989

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Lawrence V. Young (Trustee)** is discharged as trustee of the estate of the above–named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 9, 2017

By the Court,

Honorable Mary D. France
United States Bankruptcy Judge
By: AGarner, Deputy Clerk